UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No.: 8:23-cr-00360-TPB-AAS

**LESLIE BRYANT.**
_____ /

## UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE TO ALLOW THE DEFENDANT TO TRAVEL TO ALABAMA FROM JANUARY 11, 2024 THROUGH JANUARY 14, 2024

COMES NOW, the Defendant, Ms. Leslie Bryant ("Ms. Bryant"), by and through her undersigned attorney, hereby moves this Honorable Court for its order modifying his conditions of pre-trial release to allow her to travel to Alabama so that she can see her mother for her birthday. As grounds in support thereof, Ms. Bryant states the following:

Ms. Bryant was granted pre-trial release at her initial appearance and has been under the supervision of Pretrial Services since. One condition of her release prohibits Ms. Bryant from leaving the Middle District of Florida for personal reasons without first obtaining written permission from the Court. Ms. Bryant has learned her son and family plan to travel to Alabama to celebrate her mother's

1

birthday. Her mother is disabled and unable to travel. Ms. Bryant would like to travel to Alabama, to spend time with her mother. Ms. Bryant would be leaving on January 12, 2024 and would return on January 14, 2024 to the Middle District of Florida.

If permission to travel is granted by this Court, Ms. Bryant will advise her Pretrial Services Officer of his intended itinerary for the days of travel. She will return to the Middle District of Florida late on January 14, 2024.

Undersigned counsel has communicated with Assistant United States Attorney Jennifer Peresie who has indicated the government has no objection to the relief sought in this motion.

## MEMORANDUM OF LAW

The granting of a motion to modify the conditions of release is within the sound discretion of the Court.

WHEREFORE, the Defendant, Ms. Leslie Bryant, respectfully moves this Honorable Court for its Order modifying her conditions of pre-trial release allowing her to travel to Alabama.

DATED this 11th day of January, 2024.

Respectfully submitted,

A. FITZGERAL HALL, ESQ.
FEDERAL DEFENDER

/s *Nicole V. Hardin*
Nicole V. Hardin, Esq.
FL. Bar No. 26194
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:  Nicole_Hardin@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January 2024, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Jennifer Peresie, AUSA

/s/ *Nicole V. Hardin*
Nicole V. Hardin, Esq.
Assistant Federal Defender

3